# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. | ) |
| AND LAURA PAIGE MCDANIEL | ) Chapter 13 |
| | ) |
| Debtors. | ) |
| _____ | ) |
| | ) |
| BYRON PATTERSON MCDANIEL JR. | ) |
| AND LAURA PAIGE MCDANIEL, | ) |
| | ) Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| NAVIENT SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS AND NOTICES, AND RESERVATION OF RIGHTS

Pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Carla Martin, of Sherman & Howard L.L.C. gives notice of her entry of appearance on behalf of Navient Solutions, LLC ("Navient") and further requests that all notices, pleadings and other documents filed and/or served in this case be sent to:

Carla Martin, Esq.
Sherman & Howard L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
E-mail: cmartin@shermanhoward.com

Neither this Entry of Appearance, Request for All Pleadings and Notices, and Reservation of Rights, is intended to waive (1) the rights of Navient to have final orders in non-core matters entered only after de novo review by a district judge; (2) the rights of Navient to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) Navient's right to have the reference withdrawn by the District court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Navient is or may be entitled under agreements in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Navient expressly reserves.

Dated this 11th day of October, 2017.

        SHERMAN & HOWARD L.L.C.

        */s/ Carla Martin*
        Carla Martin
        633 Seventeenth Street, Suite 3000
        Denver, Colorado 80202
        Tel: (303) 297-2900
        E-Mail: cmartin@shermanhoward.com

        Attorneys for Navient Solutions, LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 11th day of October, 2017 a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS AND NOTICES, AND RESERVATION OF RIGHTS** was served by depositing the same in the U.S. mail, postage prepaid, as follows:

Austin Smith
Smith Law Group
3 Mitchell Place
New York, New York 10017

                                                */s/ Roberta Neal*
                                                Roberta Neal