# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL, ) | |
| ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

_____

**DEFENDANT NAVIENT SOLUTIONS, LLC'S UNOPPOSED MOTION UNDER L.B.R. 7007-1 FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' CLAIMS UNDER FED. R. CIV. P. 12(b)(6) AND MOTION TO STRIKE IMMATERIAL AND IMPERTINENT MATTER UNDER FED. R. CIV. P. 12(f)**

_____

Pursuant to L.B.R. 7007-1, Defendant Navient Solutions, LLC ("NSL"), moves the Court, on an unopposed basis (the "Unopposed Motion"), for an Order granting NSL leave to file a reply (the "Reply") on or before November 14, 2017, in support of its Motion to Dismiss Plaintiffs' Claims under Fed. R. Civ. P. 12(b)(6) and Motion to Strike Immaterial and Impertinent Matter under Fed. R. Civ. P. 12(f), filed on October 10, 2017 [Dkt. #8] (the "Motion to Dismiss"). As grounds for its Unopposed Motion, NSL respectfully states as follows:

1. Counsel for NSL conferred with counsel for Plaintiffs regarding NSL's request for leave set forth herein. The undersigned is authorized to report that Plaintiffs consent to the relief requested in this Unopposed Motion.

2.	Because of the number, complexity, and importance of the legal issues addressed in the Motion to Dismiss and in Plaintiffs' Memorandum of Law in Response to Defendants' Motion to Dismiss, filed October 24, 2017 [Dkt. #10] ("Plaintiffs' Response"), NSL believes further briefing in a reply is required to fully inform the Court about the relevant legal matters and rebut arguments raised in Plaintiffs' Response.

3.	NSL requests leave to file its Reply within 21 days after the filing of Plaintiffs' Response, or by November 14, 2017. Since the filing of the Motion to Dismiss, the parties have been engaged in significant settlement discussions, which, if successful, would resolve all pending litigation between Plaintiffs and NSL. If successful, those settlement discussions would resolve all pending litigation between the parties. Thus, NSL would like to focus its immediate efforts on trying to conclude its settlement discussions with Plaintiffs, rather than to incur additional—and potentially unnecessary—attorneys' fees and costs in replying to Plaintiffs' Response.

4.	Accordingly, NSL seeks leave under L.B.R. 7007-1 for a period of 21 days from the filing of Plaintiffs' Response, through and including November 14, 2017, within which to file its Reply. NSL is hopeful that the parties' settlement discussions will reach a conclusion (one way or the other) before this date.

WHEREFORE, NSL respectfully requests that this Court enter the proposed order submitted herewith, granting NSL leave to file a Reply in support of its Motion to Dismiss on or by November 14, 2017.

Dated this 26th day of October, 2017.

        SHERMAN & HOWARD L.L.C.

        */s/ Eric E. Johnson*
        Eric E. Johnson
        633 Seventeenth Street, Suite 3000
        Denver, Colorado 80202
        Tel: (303) 297-2900
        E-Mail: ejohnson@shermanhoward.com

        Attorney for Navient Solutions, LLC

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 26th day of October, 2017 a true and correct copy of the foregoing **DEFENDANT NAVIENT SOLUTIONS, LLC'S UNOPPOSED MOTION UNDER L.B.R. 7007-1 FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' CLAIMS UNDER FED. R. CIV. P. 12(b)(6) AND MOTION TO STRIKE IMMATERIAL AND IMPERTINENT MATTER UNDER FED. R. CIV. P. 12(f)** was served by depositing the same in the U.S. mail, postage prepaid, as follows:

Austin Smith
Smith Law Group
3 Mitchell Place
New York, New York 10017

                        */s/ Roberta Neal*
                        Roberta Neal

Active/47045817.2