## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. | ) | |
| AND LAURA PAIGE MCDANIEL | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| BYRON PATTERSON MCDANIEL JR. | ) | |
| AND LAURA PAIGE MCDANIEL, | ) | |
| | ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| NAVIENT SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**ORDER GRANTING DEFENDANT NAVIENT SOLUTIONS, LLC'S UNOPPOSED
MOTION UNDER L.B.R. 7007-1 FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS
MOTION TO DISMISS PLAINTIFFS' CLAIMS UNDER FED. R. CIV. P. 12(b)(6) AND
MOTION TO STRIKE IMMATERIAL AND IMPERTINENT
MATTER UNDER FED. R. CIV. P. 12(f)**

_____

THIS MATTER is before the Court on Defendant Navient Solutions, LLC's ("NSL")
Unopposed Motion under L.B.R. 7007-1 for Leave to File a Reply in Support of its Motion to
Dismiss Plaintiffs' Claims Under Fed. R. Civ. P. 12(b)(6) and Motion to Strike Immaterial and
Impertinent Matter Under Fed. R. Civ. P. 12(f) ("the Unopposed Motion"). The Court, having
reviewed the Unopposed Motion and noting NSL's report that Plaintiffs do not oppose the same,
and upon good cause shown, hereby

ORDERS that NSL is hereby granted leave under L.B.R. 7007-1 to file a reply brief, on
or before November 14, 2017, in support of its Motion to Dismiss Plaintiffs' Claims under Fed.
R. Civ. P. 12(b)(6) and Motion to Strike Immaterial and Impertinent Matter under Fed. R. Civ. P.
12(f) [Dkt. #8].

DATED this ___ day of _____ 2017.

BY THE COURT:

_____
United States Bankruptcy Judge

Active/47046426.1