# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BYRON PATTERSON MCDANIEL JR<br>AND LAURA PAIGE MCDANIEL<br><br>   Joint Debtors | Case No. 09-37480 (KHT)<br>Chapter 13 |
| BYRON PATTERON MCDANIEL JR AND<br>LAURA PAIGE MCDANIEL<br>Plaintiffs<br><br>v.<br><br>NAVIENT SOLUTIONS LLC,<br>Defendant. | Adv. Pro. 17-01274 (KHT) |

## NOTICE OF SUPPLEMENTAL AUTHORITIES

Pursuant to the District of Colorado Local Rule 7.1(f), Plaintiffs hereby submit three supplemental authorities (attached hereto as **Exhibits A, B, C**) that have been entered by United States Bankruptcy Courts, and a United States District Court, since the filing of Plaintiffs' Response In Opposition to Defendant's Motion To Dismiss (ECF No. 10). These authorities are relevant to the matters at hand and issues raised by the Defendant's Motion to Dismiss (ECF No. 8).

Respectfully submitted,

By:   /s/ Austin Smith

Austin Smith, NY Bar. # 5377254

Admitted in the District of Colorado
SMITH LAW GROUP
3 Mitchell Place
New York, New York 10017
Telephone:  (917) 992-2121
Austin@acsmithlawgroup.com