# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL, ) | |
| ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

_____

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

_____

**Part 1: Identify the appellant(s)**

1.  Name(s) of appellant(s):

    Navient Solutions, LLC

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

    | For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
    |---|---|
    | ☐ Plaintiff | ☐ Debtor |
    | ☒ Defendant | ☐ Creditor |
    | ☐ Other (describe) _____ | ☐ Trustee |
    | | ☐ Other (describe) _____ |

49043187.1

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   Order on Motion to Dismiss and Motion to Strike (Dkt. No. 30) (Copy attached as Exhibit A)

2. State the date on which the judgment, order, or decree was entered: September 24, 2018.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attached additional pages if necessary):

| | | | |
|---|---|---|---|
| 1. | Byron Patterson McDaniel, Jr. (Appellee) | Attorney: | Austin Smith<br>Smith Law Group<br>3 Mitchell Place<br>New York, NY 10017<br>(917) 992-2121<br>austin@acsmithlawgroup.com |
| 2. | Laura Paige McDaniel (Appellee) | Attorney: | Austin Smith<br>Smith Law Group<br>3 Mitchell Place<br>New York, NY 10017<br>(917) 992-2121<br>austin@acsmithlawgroup.com |

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel

**Part 5: Sign below**

Dated this 9th day of October, 2018.

SHERMAN & HOWARD L.L.C.

*/s/ Eric E. Johnson*
Eric E. Johnson
Carla Martin
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Tel: (303) 297-2900
E-Mail: ejohnson@shermanhoward.com
cmartin@shermanhoward.com

*Attorney for Navient Solutions, LLC*

3

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies the following parties received a true and correct copy of the foregoing **NOTICE OF APPEAL AND STATEMENT OF ELECTION** via a Notice of Electronic Filing transmitted by CM/ECF in accordance with Local Bankruptcy Rule 5005-4(a) on the 9th day of October, 2018:

Austin Smith
austin@acsmithlawgroup.com


                                              */s/ Roberta Neal*
                                              Roberta Neal

49043187.1