# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL, ) | |
| ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

_____

## CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES
_____

A notice of appeal having been filed in the above-captioned matter on October 9, 2018, Plaintiffs Byron Patterson McDaniel Jr. and Laura Paige McDaniel, and Defendant Navient Solutions, LLC ("NSL," and with Plaintiffs, the "Parties"), who are all of the parties in this case acting jointly, hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) and Fed. R. Bankr. P. 8006(c) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☒ is required under 28 U.S.C. § 158(a)

☐ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from this Court's Order on Motion to Dismiss and Motion to Strike (the "Order"), dated September 24, 2018 (Dkt. No. 30), which is an

2

interlocutory order or decree. Accordingly, the Parties hereby request leave to appeal as required by 28 U.S.C. § 158(a).

In accordance with 28 U.S.C. § 158(d)(2)(A)(i)-(iii), the Parties hereby certify that:

i. the judgment, order or decree involves a question of law as to which there is no controlling decision of the court of appeals for the circuit or of the Supreme Court of the United States, or involves a matter of public importance;

ii. the judgment, order or decree involves a question of law requiring resolution of conflicting decisions; and

iii. an immediate appeal from the judgment, order or decree may materially advance the progress of the case or proceeding in which the appeal is taken.

Dated this 9th day of October, 2018.

        SHERMAN & HOWARD L.L.C.

        */s/ Eric E. Johnson*
        Eric E. Johnson
        Carla R. Martin
        633 Seventeenth Street, Suite 3000
        Denver, Colorado 80202
        Tel: (303) 297-2900
        E-Mail: ejohnson@shermanhoward.com
                cmartin@shermanhoward.com

*Counsel for Navient Solutions, LLC*

—and—

        */s/ Austin Smith*
        Austin Smith
        SMITH LAW GROUP
        3 Mitchell Place
        New York, New York 10017
        Tel: (917) 992-2121
        E-mail: austin@acsmithlawgroup.com

*Counsel for Plaintiffs Byron Patterson*
*McDaniel Jr. and Laura Paige McDaniel*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies the following parties received a true and correct copy of the foregoing **CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES** via a Notice of Electronic Filing transmitted by CM/ECF in accordance with Local Bankruptcy Rule 5005-4(a) on the 9th day of October, 2018:

Austin Smith
austin@acsmithlawgroup.com


                                            */s/ Roberta Neal* _____

49043190.2