# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>BYRON PATTERSON McDANIEL JR. and LAURA PAIGE McDANIEL,<br><br>    Debtors. | Case No. 09-37480 KHT<br><br>Chapter 13 |
| BYRON PATTERSON McDANIEL JR. and LAURA PAIGE McDANIEL,<br><br>    Plaintiff,<br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>    Defendant. | Adversary No. 17-01274 KHT |

**CERTIFICATION PURSUANT TO 28 U.S.C. § 158(d)(2)**

    A notice of appeal having been filed in the above-captioned matter on October 9, 2018, and a Joint Certification to the Court pursuant to 28 U.S.C. § 158(d)(2)(A) having been filed by Plaintiffs Byron Patterson McDaniel Jr. and Laura Paige McDaniel, and Defendant Navient Solutions, LLC ("NSL," and with Plaintiffs, the "Parties"), who are all of the parties in this case acting jointly, the Court hereby

    CERTIFIES pursuant to 28 U.S.C. § 158(d)(2)(A) and (B) and Fed. R. Bankr. P. 8006(c) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

    This certification arises in an appeal from this Court's Order on Motion to Dismiss and Motion to Strike (the "Order"), dated September 24, 2018 (Dkt. No. 30), which is an interlocutory order or decree. Leave to appeal in this matter is required under 28 U.S.C. § 158(a). In accordance with 28 U.S.C. § 158(d)(2)(A)(i) and (iii), the Court hereby certifies that:

        i.    the judgment, order or decree involves a question of law as to which there is no controlling decision of the court of appeals

>   for the circuit or of the Supreme Court of the United States, or involves a matter of public importance; and
>
>   ii. an immediate appeal from the judgment, order or decree may materially advance the progress of the case or proceeding in which the appeal is taken.

The Clerk is directed to transmit this Order, and related notices along with a preliminary record to the Clerk of the Tenth Circuit Court of Appeals.

Dated this 11th day of October, 2018.

>   BY THE COURT:
>
>   _____
>   Kimberley H. Tyson
>   United States Bankruptcy Judge