# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-37480-KHT |
| BYRON PATTERSON McDANIEL JR. ) | |
| AND LAURA PAIGE McDANIEL ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| BYRON PATTERSON McDANIEL JR. ) | |
| AND LAURA PAIGE McDANIEL, ) | |
| ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, ) | |
| v. ) | (U.S. Court of Appeals for the 10th Circuit |
| ) | Case No. 18-1445) |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

_____

## STATEMENT OF ISSUES ON APPEAL
_____

Defendant Navient Solutions, LLC ("Navient"), through the undersigned counsel pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1)(A), provides the following statement of issues on appeal. *See* Dkt. Nos. 32, 34, 35, 39, 40, 43. In accordance with 10th Cir. R. 6.1, Defendant (as Appellant) will designate and submit the record on appeal in its Appendix filed with its opening brief in compliance with Fed. R. App. P. 30 and 10th Cir. R. 30.1.

**I.    STATEMENT OF ISSUES ON APPEAL**

Navient intends to present the following issues on appeal:

1. Did the bankruptcy court err in denying Navient's motion to dismiss on res judicata grounds?

2. Did the bankruptcy court err in concluding that private student loans are not excepted from discharge as "obligations to repay funds received as educational benefits" under § 523(a)(8)(A)(ii) of the Bankruptcy Code?

Dated this 30th day of November, 2018.

                                SHERMAN & HOWARD L.L.C.

                                *s/ Eric E. Johnson*
                                Eric E. Johnson
                                Carla R. Martin
                                633 Seventeenth Street, Suite 3000
                                Denver, Colorado 80202
                                Tel: (303) 297-2900
                                E-Mail: ejohnson@shermanhoward.com
                                                cmartin@shermanhoward.com

                                *Counsel for Navient Solutions, LLC*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies the following parties received a true and correct copy of the foregoing **STATEMENT OF ISSUES ON APPEAL** via a Notice of Electronic Filing transmitted by CM/ECF in accordance with Local Bankruptcy Rule 5005-4(a) on the 30th day of November, 2018:

Austin Smith
austin@acsmithlawgroup.com


                                            *s/ Roberta Neal*

Active/49243013.2