# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE TENTH CIRCUIT

_____

| | |
|---|---|
| In re BYRON PATTERSON MCDANIEL, JR. and LAURA PAIGE MCDANIEL,<br><br>Debtors.<br>_____<br><br>BYRON PATTERSON MCDANIEL, JR. and LAURA PAIGE MCDANIEL,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>Defendant - Appellant. | BAP No. CO-18-090<br><br><br>Bankr. No. 09-37480<br>Adv. No. 17-01274<br>Chapter 13<br><br><br>ORDER DISMISSING APPEAL |

_____

Appeal from the United States Bankruptcy Court
for the District of Colorado
_____

Before **CORNISH**, **SOMERS**, and **MOSIER**, Bankruptcy Judges.
_____

On November 11, 2018, the United States Bankruptcy Court for the District of Colorado certified this appeal for direct appeal to the Court of Appeals for the Tenth Circuit ("Court of Appeals"). On October 9, 2018, Appellants filed their Unopposed Petition for Direct, Interlocutory Appeal (the "Petition") with the Court of Appeals. On November 16, 2018, the Court of Appeals granted the Petition.

Accordingly, it is ORDERED that this appeal is DISMISSED, sua sponte, for lack of jurisdiction. 28 U.S.C. § 158(d)(2)(A). A copy of this order sent to the Bankruptcy Court shall constitute the mandate of the Panel.

For the Panel

*Blaine F. Bates*

Blaine F. Bates
Clerk of Court
