UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
Office of the Clerk
U.S. CUSTOM HOUSE
721 NINETEENTH STREET
DENVER, COLORADO 80202
(720) 904-7300
www.cob.uscourts.gov

KENNETH S. GARDNER
CLERK

December 7, 2018

To:  Clerk of Court, Tenth Circuit Court of Appeals

Re:  McDaniel v. Navient Solutions Inc.

Bk. No.:  09-37480-KHT

Adv. No.:  17-01274-KHT

Circuit No.:  18-1445

The Clerk of the U.S. Court of Appeals for the Tenth Circuit opened the referenced appeal on Novmeber 16, 2018. Pursuant to Federal Rule of Appellate Procedure 6(c)(2), this Court transmits notice that a complete record on appeal is available electronically and contains the following documents:

- items designated by appellant and appellee
- docket entries kept by the bankruptcy clerk;
- items designated by the parties;
- the notice of appeal;
- the judgment, order, or decree being appealed;
- any order granting leave to appeal;
- any certification required for a direct appeal to the court of appeals;
- any opinion, findings of fact, and conclusions of law relating to the issues on appeal, including transcripts of all oral rulings;
- any transcript ordered;
- any statement required by subdivision; and

The parties to the appeal did not file with the bankruptcy clerk a designation of items to be included in the record on appeal.   This completes the record for purposes of appeal.