FILED
United States Court of Appeals
Tenth Circuit

August 31, 2020

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| In re: BYRON PATTERSON MCDANIEL, JR.; LAURA PAIGE MCDANIEL, <br><br> Debtors. <br><br>----------------------------- <br><br> BYRON PATTERSON MCDANIEL, JR.; LAURA PAIGE MCDANIEL, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> NAVIENT SOLUTIONS, LLC, <br><br> Defendant - Appellant. | No. 18-1445 <br> (1:09-BK-37480-KHT & 1:17-BK-01274-KHT) <br> (United States Bankruptcy Court for the District of Colorado) |

_____

**JUDGMENT**
_____

Before **BRISCOE**, **HOLMES**, and **EID**, Circuit Judges.
_____

This case originated in the United States Bankruptcy Court for the District of

Colorado and was argued by counsel.

The judgment of that court is affirmed and remanded.  The case is remanded to the

United States Bankruptcy Court for the District of Colorado for further proceedings in

accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk