# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

October 23, 2020

Jane K. Castro
Chief Deputy Clerk

Kenneth S. Gardner
United States Bankruptcy Court for the District of Colorado
Office of the Clerk
U.S. Customs House
721 19th Street
Denver, CO 80202-2508

**RE:**   **18-1445, McDaniel, et al v. Navient Solutions**
Dist/Ag docket: 1:09-BK-37480-KHT, 1:17-BK-01274-KHT

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 31, 2020 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc:   Thomas M. Farrell
Eric E. Johnson
Courtney Alexa McCormick
Karen Elizabeth Sieg
Austin C. Smith
Tara A. Twomey

CMW/na