# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL, ) | |
| ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF TIME FOR PARTIES TO SUBMIT THEIR INITIAL DISCLOSURES AND SCHEDULING REPORT**

Plaintiffs Byron Patterson McDaniel, Jr. and Laura Paige McDaniel (collectively, "McDaniels") and Defendant Navient Solutions, LLC ("Navient," and together with McDaniels, the "Parties"), jointly move the Court for an Order modifying certain deadlines in the Court's Order for Compliance with Rule 7026, Fed. R. Bankr. P. (Rule 26(f), Fed. R. Civ. P.) (Dkt. No. 59) (the "Compliance Order"), and granting the Parties an extension of fourteen days, to and including January 21, 2021, in which the Parties may complete their initial disclosures under Fed. R. Civ. P. 26(a)(1) (the "Initial Disclosures") and submit their scheduling report described in paragraph 1(d) of the Compliance Order (the "Report"). In support of their Joint Motion for Extension of Time (this "Joint Motion"), the Parties respectfully state as follows:

1. As noted in the Compliance Order, McDaniels filed their Complaint in this matter on July 12, 2017, and Navient filed its Answer on December 7, 2020.

2. Accordingly, on December 8, 2020, the Court issued the Compliance Order, in which the Court ordered the Parties to complete their Initial Disclosures by December 28, 2020 and submit their Report by January 7, 2021.

3. During the pendency of the case, the Parties have exchanged informally significant information with respect to their claims and defenses and have generally cooperated well regarding scheduling, as once again demonstrated by this Joint Motion.

4. However, the Parties' and their respective counsels' ability to complete their Initial Disclosures and formulate a Report has been complicated by the press of other urgent matters for themselves and their counsel, unavailability during year-end vacation time, and the fact that the deadlines under the Compliance Order occurred during the busy holiday season.

5. Based on these difficulties and impediments, the Parties respectfully request that the Court grant them a two-week extension to January 21, 2021, to complete their Initial Disclosures and file the Report with the Court.

6. The joint request set forth herein is not made for the purpose of delaying this matter. Rather, this request is the result of the Parties' shared goal of making their disclosures as effective as possible and formulating a Report that provides for an efficient schedule, benefiting both Parties and the Court.

WHEREFORE, the Parties respectfully request that this Court enter the proposed order submitted herewith, granting them a fourteen-day extension of time, to and including January 21, 2021, to complete their Initial Disclosures and file the Report with the Court.

Dated this 7th day of January, 2021.

| | |
|---|---|
| SMITH LAW GROUP | SHERMAN & HOWARD L.L.C. |
| */s/ Austin Smith* | */s/ Eric E. Johnson* |
| Austin Smith | Eric E. Johnson |
| 3 Mitchell Place | 633 Seventeenth Street, Suite 3000 |
| New York, NY 10017 | Denver, Colorado 80202 |
| Tel: (917) 992-2121 | Tel: (303) 297-2900 |
| E-Mail: austin@acsmithlawgroup.com | E-Mail: ejohnson@shermanhoward.com |
| | |
| Attorneys for Byron Patterson McDaniel, Jr. and Laura Paige McDaniel | Attorneys for Navient Solutions, LLC |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 7th day of January, 2021, I electronically filed the foregoing **JOINT MOTION FOR EXTENSION OF TIME FOR PARTIES TO SUBMIT THEIR INITIAL DISCLOSURES AND SCHEDULING REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Austin Smith | Eric Johnson |
| austin@acsmithlawgroup.com | ejohnson@shermanhoward.com |

            */s/ Roberta Neal*
            Roberta Neal