UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-37480-KHT |
| BYRON PATTERSON MCDANIEL JR. | ) |
| AND LAURA PAIGE MCDANIEL | ) Chapter 13 |
| | ) |
|     Debtors. | ) |
| | ) |
| BYRON PATTERSON MCDANIEL JR. | ) |
| AND LAURA PAIGE MCDANIEL, | ) |
| | ) Adversary Proceeding No. 17-01274-KHT |
|     Plaintiffs, | ) |
| v. | ) |
| | ) |
| NAVIENT SOLUTIONS, LLC, | ) |
| | ) |
|     Defendant. | ) |

**ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS AND NOTICES, AND RESERVATION OF RIGHTS**

    Pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, K. Elizabeth Sieg, of McGuireWoods LLP gives notice of her entry of appearance on behalf of Navient Solutions, LLC ("Navient") and further requests that all notices, pleadings and other documents filed and/or served in this case (including, but not limited to, all notices described in Rule 2002 of the Bankruptcy Rules) be sent to:

    K. Elizabeth Sieg, Esq.
    McGuireWoods LLP
    Gateway Plaza
    800 E. Canal Street
    Richmond, VA 23219-3916
    E-mail: bsieg@mcguirewoods.com

    Neither this Entry of Appearance, Request for All Pleadings and Notices, and Reservation of Rights, nor any subsequent appearance, pleading, claim or suit is intended to waive (1) the rights of Navient to have final orders entered only after de novo review by a district judge; (2) the rights of Navient to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (3) the rights of Navient to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (4) the rights of Navient with respect to other matters which the Bankruptcy Court is not authorized to adjudicate; and (5) any other rights, claims, actions, defenses, setoffs, or

recoupments to which Navient is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Navient expressly reserves.

Dated this 2nd day of July, 2021.

>MCGUIREWOODS LLP
>
>*/s/ K. Elizabeth Sieg*
>K. Elizabeth Sieg, Esq.
>Gateway Plaza
>800 E. Canal Street
>Richmond, VA 23219-3916
>Telephone: 804-775-1137
>Fax: 804-698-2257
>E-mail: bsieg@mcguirewoods.com
>
>Attorneys for Navient Solutions, LLC

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 2, 2021, I electronically filed the following **ENTRY OF APPEARANCE, REQUEST FOR ALL PLEADINGS AND NOTICES, AND RESERVATION OF RIGHTS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Austin Smith
austin@acsmithlawgroup.com

                */s/ Roberta Neal*
                Roberta Neal