## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-37480-KHT |
| BYRON PATTERSON McDANIEL JR. | ) | |
| AND LAURA PAIGE McDANIEL | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| BYRON PATTERSON McDANIEL JR. | ) | |
| AND LAURA PAIGE McDANIEL, | ) | |
| | ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| NAVIENT SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## ORDER GRANTING DEFENDANT'S MOTION FOR FORTHWITH STATUS CONFERENCE

_____

THIS MATTER is before the Court on Defendant's Motion for Forthwith Status Conference (the "Motion"). The Court, having reviewed the Motion, having reviewed the pleadings and files in this matter to the extent deemed necessary by the Court, and for other good cause appearing,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED; and

2.      A status conference is set for August 18 , 2021 at 1:30 p.m., to address the matters listed in the Motion. Parties shall appear by telephone and call 1-888-684-8852 at the scheduled time of the hearing. The access code for the conference call is 4168567.

DATED this 13th day of August, 2021.

BY THE COURT:

Kimberley H. Tyson
Chief United States Bankruptcy Judge