United States Bankruptcy Court
District of Colorado

McDaniel, JR,
    Plaintiff                                                          Adv. Proc. No. 17-01274-KHT

Navient Solutions Inc.,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 1082-1                          User: admin                          Page 1 of 2
Date Rcvd: Aug 13, 2021                        Form ID: pdf904                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2021:**

**Recip ID              Recipient Name and Address**
aty              +  Carla Martin, 633 17th St., Ste. 3000, Denver, CO 80202-3622

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2021 at the address(es) listed below:**

**Name**                      **Email Address**
Austin Connell Smith
                              on behalf of Plaintiff Byron Patterson McDaniel  JR austin@acsmithlawgroup.com

Austin Connell Smith
                              on behalf of Plaintiff Laura Paige McDaniel austin@acsmithlawgroup.com

Eric E. Johnson
                              on behalf of Defendant Navient Solutions Inc. ejohnson@shermanhoward.com
                              efiling@shermanhoward.com;rneal@shermanhoward.com

Karen Elizabeth Sieg
                              on behalf of Defendant Navient Solutions Inc. bsieg@mcguirewoods.com

Katherine Elizabeth Lehnen
                              on behalf of Defendant Navient Solutions Inc. klehnen@mcguirewoods.com

District/off: 1082-1                    User: admin                              Page 2 of 2
Date Rcvd: Aug 13, 2021                 Form ID: pdf904                          Total Noticed: 1
TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 09-37480-KHT |
| BYRON PATTERSON McDANIEL JR. | ) | |
| AND LAURA PAIGE McDANIEL | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| BYRON PATTERSON McDANIEL JR. | ) | |
| AND LAURA PAIGE McDANIEL, | ) | |
| | ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| NAVIENT SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

---

## ORDER GRANTING DEFENDANT'S MOTION FOR FORTHWITH STATUS CONFERENCE

---

THIS MATTER is before the Court on Defendant's Motion for Forthwith Status Conference (the "Motion").  The Court, having reviewed the Motion, having reviewed the pleadings and files in this matter to the extent deemed necessary by the Court, and for other good cause appearing,

IT IS HEREBY ORDERED THAT:

1.     The Motion is GRANTED; and

2.     A status conference is set for August 18 , 2021 at 1:30 p.m., to address the matters listed in the Motion. Parties shall appear by telephone and call 1-888-684-8852 at the scheduled time of the hearing. The access code for the conference call is 4168567.

DATED this 13th day of August, 2021.

BY THE COURT:

Kimberley H. Tyson
Chief United States Bankruptcy Judge