UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

## *Minutes of Proceeding*

Date: August 18, 2021                                                                                   HONORABLE KIMBERLEY H. TYSON, Presiding

| | | | |
|---|---|---|---|
| In re: | Byron Patterson McDaniel, JR and Laura Paige McDaniel, | Debtor(s). | Case No: 09-37480-KHT<br>Chapter 13 |
| | Byron Patterson McDaniel, JR and Laura Paige McDaniel,<br>v. | Plaintiff(s), | Adversary Proceeding<br>No. 17-1274 KHT |
| | Navient Solutions Inc. | Defendant(s). | |

Appearances:

| | | | |
|---|---|---|---|
| Plaintiff(s) | Laura Paige McDaniel | Counsel | Pro Se |
| Defendant(s) | | Counsel | Beth Sieg |
| Party | | Counsel | |
| Party | | Counsel | |
| Party | | Counsel | |
| Party | | Counsel | |

Proceedings:   Status Conference

[ ] Evidentiary Hearing          [X] Non-Evidentiary Hearing

[X]   Entries of appearance and statements made.

Orders:

[X]   For the reasons stated on the record, the Court stays this adversary proceeding until the next scheduled status conference set for Wednesday, October 20, 2021 at 10:00 a.m. Parties shall appear by telephone and call 1-888-684-8852 at the scheduled time of the hearing. The access code for the conference call is **4168567**.

A status report shall be filed on or before October 13, 2021.

Date: August 18, 2021

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By:_____
Sheila Lo, Courtroom Deputy