United States Bankruptcy Court
District of Colorado

McDaniel, JR,
    Plaintiff

Navient Solutions Inc.,
    Defendant

Adv. Proc. No. 17-01274-KHT

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Aug 19, 2021     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Carla Martin, 633 17th St., Ste. 3000, Denver, CO 80202-3622 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:

**Name**     **Email Address**

Austin Connell Smith
    on behalf of Plaintiff Byron Patterson McDaniel JR austin@acsmithlawgroup.com

Austin Connell Smith
    on behalf of Plaintiff Laura Paige McDaniel austin@acsmithlawgroup.com

Eric E. Johnson
    on behalf of Defendant Navient Solutions Inc. ejohnson@shermanhoward.com efiling@shermanhoward.com;rneal@shermanhoward.com

Karen Elizabeth Sieg
    on behalf of Defendant Navient Solutions Inc. bsieg@mcguirewoods.com

Katherine Elizabeth Lehnen
    on behalf of Defendant Navient Solutions Inc. klehnen@mcguirewoods.com

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: Aug 19, 2021 Form ID: pdf904 Total Noticed: 1
TOTAL: 5

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### *Minutes of Proceeding*

Date: August 18, 2021                                                                                   HONORABLE KIMBERLEY H. TYSON, Presiding

| | | | |
|---|---|---|---|
| In re: | Byron Patterson McDaniel, JR and Laura Paige McDaniel, | Debtor(s). | Case No: 09-37480-KHT<br>Chapter 13 |
| | Byron Patterson McDaniel, JR and Laura Paige McDaniel,<br>v. | Plaintiff(s), | Adversary Proceeding<br>No. 17-1274 KHT |
| | Navient Solutions Inc. | Defendant(s). | |

Appearances:
- Plaintiff(s): Laura Paige McDaniel — Counsel: Pro Se
- Defendant(s): — Counsel: Beth Sieg

Proceedings: Status Conference

[ ] Evidentiary Hearing     [X] Non-Evidentiary Hearing

[X]   Entries of appearance and statements made.

Orders:

[X]   For the reasons stated on the record, the Court stays this adversary proceeding until the next scheduled status conference set for Wednesday, October 20, 2021 at 10:00 a.m. Parties shall appear by telephone and call 1-888-684-8852 at the scheduled time of the hearing. The access code for the conference call is **4168567**.

A status report shall be filed on or before October 13, 2021.

Date: August 18, 2021

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

By:_____
Sheila Lo, Courtroom Deputy