# **EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| ) | |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL, ) | |
| ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF PAIGE MCDANIEL

I, Laura Paige McDaniel, declare under penalty of perjury under the law of Colorado that the following is true and correct to the best of my knowledge and information:

1. I am one of the Plaintiffs in the above-captioned matter.

2. In early 2021, I was solicited by predecessor counsel in this matter Austin Smith to execute the purported assignment attached to the Motion as <u>Exhibit 2</u> (the "Purported Assignment"). Although my husband Byron McDaniel, Jr. was a party to this transaction, I was the primary point of contact.

3. As it was explained to me by Mr. Smith, as a result of a favorable ruling in this matter and Navient's refusal to settle, Public Interest Capital, LLC ("PICAP") was interested in purchasing our claims in this bankruptcy adversary proceeding.

1

4. Mr. Smith explained that if PICAP purchased these claims, it would step into our shoes and assume the role debtor in this litigation – which would finally relieve us of liability for the student loan debts at issue. Specifically, on February 14, 2021, Mr. Smith stated "[s]o the plan would be they buy your claims, we move to substitute you out of the case, and you walk out the door free". We reasonably understood this representation to mean that we would finally conclude this litigation and have no further liability on the student loans at issue if we agreed to proceed with this transaction.

5. Based on these representations and the fact that Mr. Smith was our lawyer, we agreed to execute the Purported Assignment. We relied exclusively on the representations by Mr. Smith and did not speak with an independent counsel or PICAP directly.

6. After the assignment, we were under the impression that this matter was concluded and we had no further liability on the student loans at issue. We were relieved that we could finally move on with life.

7. In August 2021, contrary to these representations and what was promised, I discovered that this litigation was continuing in our names, and that neither PICAP nor Mr. Smith made any effort to substitute us out as parties in this litigation as promised. I also learned that one of the primary (if not the sole) reasons PICAP to purchase our claims was to file as a joinder creditor in the involuntary bankruptcy proceeding Mr. Smith had initiated against Navient.

8. At no time did Mr. Smith explain that this assignment may be facially invalid, or that using an assigned claim to file as a joinder creditor was prohibited by the Bankruptcy Code.

9. Had we known the true nature of the intent behind these transactions, we would not have executed the Purported Assignment.

10. Had we known that PICAP would not be substituting in as a party in interest, we

2

would not have agreed to the Purported Assignment.

11.     Given what has transpired, as set forth in the Motion, we respectfully request that the Purported Assignment be invalidated or declared unenforceable so we can continue with this litigation in the hopes of driving it to a conclusion.

I, Laura Paige McDaniel, declare under the penalty of perjury under the law of Colorado that the foregoing is true and correct.

Respectfully submitted on this _____th day of November, 2021

_____
Laura Paige McDaniel

executed the Purported Assignment.

10. Had we known that PICAP would not be substituting in as a party in interest, we would not have agreed to the Purported Assignment.

11. Given what has transpired, as set forth in the Motion, we respectfully request that the Purported Assignment be invalidated or declared unenforceable so we can continue with this litigation in the hopes of driving it to a conclusion.

I, Laura Paige McDaniel, declare under the penalty of perjury under the law of Colorado that the foregoing is true and correct.

Respectfully submitted on this __10__ th day of November, 2021

Laura Paige McDaniel