# **EXHIBIT 2**

## PURCHASE AND SALE AGREEMENT

Seller: Laura Paige McDaniel and Byron Patterson McDaniel, Jr. ("Seller," whether individually or jointly), having a home address located at 5530 Bear Creek Loop [address] Elizabeth Colorado 80107 [zip code]

Seller's bank account information to receive purchase price:
  Name of bank where Seller account located: ~~[redacted]~~
  Account number for Seller bank account: ~~[redacted]~~
  Owner of Seller's bank account in bank records: Laura Paige McDaniel

Purchaser: Public Interest Capital, LLC ("Purchaser"), having an office address located at 155 East 55th Street, Suite 300B, New York, NY 10022

FOR VALUE RECEIVED AS SET FORTH HEREIN, upon Seller's receipt of the purchase price sum of fifteen thousand dollars ($15,000) in the Seller bank account (as described above), whether by wire of such purchase price to (or direct deposit of such purchase price in) the Seller bank account by Purchaser (or by Law Offices of Michael B. Wolk, P.C. on behalf of Purchaser), all of Seller's right, title and interest in and to all choses in action and/or litigation claims of any kind or nature (collectively, the "Seller-Navient Claims") as against Navient Solutions, LLC ("Navient") and/or Navient's parent company Navient Corp. ("Navient Parent") and/or the subsidiaries and/or affiliates of Navient and/or Navient Parent ("Navient Entities," whether individually or jointly) - - including but not limited to (a) Seller-Navient Claims based in contract, in tort, by statute, at law, in equity, or otherwise; (b) Seller-Navient Claims that have been previously asserted (or might hereafter be asserted) in connection with Seller's pending Chapter 13 bankruptcy case in the United States Bankruptcy Court for the District of Colorado, Chapter 13 Case No. 09-37480 (KHT), including without limitation a pending adversary proceeding therein by Seller against Navient having an adversary proceeding case number of 17-01274-KHT, in the United States Bankruptcy Court for the District of Colorado, Case No. 09-37480; (c) Seller-Navient Claims that are eligible to be asserted, after this assignment, in the name of Purchaser as assignee of the Seller-Navient Claims, as against Navient, as an alleged involuntary Chapter 11 debtor in the United States Bankruptcy Court for the Southern District of New York, Case No. 21-10249 (MG) - - shall be deemed to have been sold, assigned, transferred and conveyed to Purchaser, effective immediately.

In the event that Purchaser is successful in enforcing the Seller-Navient Claims such that Purchaser receives payment from Navient in a sum that exceeds the $15,000 purchase price ("Excess Proceeds"), then Purchaser shall remit one-half of such Excess Proceeds to Seller up to a capped maximum amount of fifty thousand dollars ($50,000).

In the event that a Court may invalidate, or may otherwise decline to enforce, this Agreement, then Seller has no obligation to return the $15,000 purchase price sum to Purchaser.

Seller shall cooperate with Purchaser's reasonable requests to execute affidavits, and to provide documents, to support Purchaser's litigation efforts seeking to enforce the Seller-Navient

McDaniel - 000005

Claims, and such duty of continued cooperation shall constitute a material inducement to Purchaser having elected to enter into this Agreement.

No portion of this Agreement can be modified, changed or amended in the absence of a written instrument executed by all contracting parties agreeing to such modification, change or amendment. This Agreement constitutes the entire agreement between the contracting parties with respect to the subject matter hereof, and all prior oral and written communications between the contracting parties (and/or their counsel) concerning the subject matter hereof are hereby merged into this Agreement to reflect the actual scope of their agreement. All disputes of any kind arising under, arising from, related to, or in connection with this Agreement and/or the subject matter hereof shall be governed by the laws of the State of New York, without regard to conflict of law principles, and the state or federal courts located in the State of New York shall have exclusive jurisdiction thereof.

Emailed, faxed, or docusign signatures shall be deemed originals and shall be effective as originals. This Agreement shall be executed in counterparts, all of which, taken together, shall constitute one and the same legally enforceable instrument.

SELLER: /s/ Laura Paige McDaniel

SELLER: /s/ Byron Patterson McDaniel

Email Address: paigemcdaniel@aol.com
Cell Number: 720-273-4282

Email Address: ChiefBMcDaniel@Gmail
Cell Number: 303-619-6089

SELLER COUNSEL: _____
Austin Smith, Esq.

Email Address: austin@acsmithlawgroup.com
Cell Number: 917-992-2121

PURCHASER: PUBLIC INTEREST CAPITAL, LLC

By: _____
Michael B. Wolk, Esq.
Legally Authorized Representative

Email Address: info@picapllc.com
Cell Number: 917-238-0576 (c/o Legally Authorized Representative)

PURCHASER COUNSEL: Law Offices of Michael B. Wolk, P.C.

By: _____
Michael B. Wolk

Email Address: michael.wolk@wolkgroup.com
Cell Number: 917-238-0576

McDaniel - 000006