**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL, ) | |
| ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER TO SHOW CAUSE**

This matter is before the Court upon consideration of Plaintiffs' Motion for Order to Show Cause ("OSC") directed at Public Interest Capital, LLC ("PICAP")(ECF No. 51). The Plaintiffs seek this Court to issue an OSC to show cause as to why the Purported Assignment described in the Motion should not be invalidated and declared unenforceable by this Court.

Upon consideration of the Motion and the court record, it is ORDERED that, on or before 5:00 p.m. on December 18, 2021, that Public Interest Capital, LLC ("PICAP") shall show cause as to why the Purported Assignment should not be declared invalid or unenforceable. Any such showing filed by PICAP on or before December 18, 2021 shall be considered by the Court, and if necessary the Court shall decide the Motion or schedule further proceedings regarding the Motion at that time.

Dated this \_\_\_\_ day of November, 2021

                                            BY THE COURT:

                                            _____
                                            Chief Judge Kimberley H. Tyson
                                            United States Bankruptcy Court