## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL ) | Chapter 13 |
| ) | |
|    Debtors. ) | |
| ) | |
| ──────────────────── ) | |
| ) | |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL, ) | |
| ) | Adversary Proceeding No. 17-01274-KHT |
|    Plaintiffs, ) | |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
|    Defendant. ) | |

### ORDER TO SHOW CAUSE

This matter is before the Court upon consideration of Plaintiffs' Motion for Order to Show Cause directed at Public Interest Capital, LLC ("PICAP")(ECF No. 51). The Plaintiffs seek this Court to issue an Order to show cause as to why the Purported Assignment described in the Motion should not be invalidated and declared unenforceable by this Court.

Upon consideration of the Motion and the court record, it is ORDERED, on or before **5:00 p.m. on January 7, 2022**, Public Interest Capital, LLC ("PICAP") shall show cause in writing as to why the Purported Assignment should not be declared invalid or unenforceable. Any such showing filed by PICAP on or before **January 7, 2022** shall be considered by the Court, and if necessary the Court shall decide the Motion or schedule further proceedings regarding the Motion at that time.

2

IT IS FURTHER ORDERED Plaintiffs shall serve a copy of this Order upon PICAP pursuant to Fed. R. Civ. P. 4, made applicable by Fed. R. Bankr. P. 7004, within 14 days, and file proof of service with the Court.

Dated this 10th day of December, 2021.

BY THE COURT:

_____
Chief Judge Kimberley H. Tyson
United States Bankruptcy Court