**SLG**

Hon. Kimberley H. Tyson
Chief Bankruptcy Judge
United States Bankruptcy Court
721 19th Street
Denver, CO 80202

    *In re: McDaniel v. Navient Solutions LLC,* 17-01274

January 7, 2022

Dear Judge Tyson:

    Michael B. Wolk, counsel to Public Interest Capital, contacted me for assistance in requesting a brief adjournment on the pending order to show cause. As detailed more fully in the email attached hereto (Exhibit A), Mr. Wolk is not presently a member of this Court, does not possess filing privileges, and is currently caring for his wife as she undergoes treatment for breast cancer. Owing to these issues, Mr. Wolk sought Mr. Kons' assistance in requesting an adjournment but was refused. Mr. Wolk also wishes to inform the Court that the contract governing the claim assignment objected to by Mr. Kons and Navient contains a mandatory forum selection clause requiring any dispute arising out of the contract be resolved in the state of New York. Mr. Wolk reports that he will be seeking admission to this Court next week, at which time he will enter an appearance on behalf of his client Public Interest Capital and will be in a position to respond more thoroughly.

                              Sincerely,

                              */s Austin Smith*

SMITH LAW GROUP LLP.
99 WALL STREET | NO. 426
NEW YORK | NY | 10005