UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| Byron Patterson McDaniel, JR and Laura Paige McDaniel, | Bankruptcy Case No. 09-37480 KHT |
| | Chapter 13 |
| Debtors. | |
| Byron Patterson McDaniel, JR and Laura Paige McDaniel, | Adversary Proceeding No. 17-1274 KHT |
| Plaintiff, | |
| v. | |
| Navient Solutions Inc., | |
| Defendant. | |

**ORDER AND NOTICE OF TELEPHONIC STATUS CONFERENCE**

PLEASE TAKE NOTICE that this adversary proceeding has been set for a telephonic status conference to be held on a trailing docket on **Thursday, February 3, 2022 at 1:30 p.m.** in Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado.  Parties wishing to appear by telephone shall call 1-888-684-8852 at the scheduled time of the hearing. The access code for the conference call is 4168567.

DATED this 21st day of January, 2020.        BY THE COURT:

_____
Kimberley H. Tyson
United States Bankruptcy Judge