# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. | ) |
| AND LAURA PAIGE MCDANIEL | ) Chapter 13 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| BYRON PATTERSON MCDANIEL JR. | ) |
| AND LAURA PAIGE MCDANIEL, | ) |
| | ) |
| | ) Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| NAVIENT SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Byron Patterson McDaniel, Jr., and Laura Paige McDaniel (together, "Plaintiffs"), and Defendant Navient Solutions, LLC ("NSL", and together with Plaintiffs, the "Parties"), by and through their respective undersigned counsel, enter into this Stipulation and Joint Motion for Dismissal with Prejudice of this Adversary Proceeding, as follows:

In accordance with the confidential settlement agreement entered into by and between the Parties, Plaintiffs and NSL stipulate to a dismissal with prejudice of this adversary proceeding pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable to bankruptcy proceedings by Federal Rule of Bankruptcy Procedure 7041, with each of the Parties to bear his, her, or its own attorneys' fees, costs, and expenses.

54611119.2

WHEREFORE, in accordance with this stipulation, the Parties jointly move the Court to enter an order in the form attached hereto as <u>Exhibit A</u>, dismissing this adversary proceeding with prejudice.

Dated: March 30th, 2022

| LAW OFFICES OF JOSHUA B. KONS, LLC | SHERMAN & HOWARD L.L.C. |
|---|---|
| /s/ Joshua Kons | /s/ *Eric Johnson* |
| Joshua Kons<br>Law Offices of Joshua B. Kons, LLC<br>92 Hopmeadow Street, Lower Level<br>Weatogue, CT 06089<br>E-mail: joshuakons@konslaw.com | Eric E. Johnson<br>675 Fifteenth Street, Suite 2300<br>Denver, Colorado 80202<br>Tel: (303) 297-2900<br>E-Mail: ejohnson@shermanhoward.com |
| *Attorney for Debtors, Byron Patterson McDaniel and Laura Paige McDaniel* | *Attorney for Navient Solutions, LLC* |

## **EXHIBIT A**

Proposed Order

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-37480 (KHT) |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ──────────────────────── ) | |
| ) | |
| BYRON PATTERSON MCDANIEL JR. ) | |
| AND LAURA PAIGE MCDANIEL, ) | |
| ) | Adversary Proceeding No. 17-01274-KHT |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court, upon the Stipulation and Joint Motion for Dismissal with Prejudice (the "Stipulation") filed by Plaintiffs Byron Patterson McDaniel, Jr., and Laura Paige McDaniel, and Defendant Navient Solutions, LLC, the Court, having considered the Stipulation and being sufficiently advised regarding this matter, hereby:

ORDERS that the Stipulation is hereby approved, and this adversary proceeding is hereby dismissed with prejudice, with each party to bear his, her, or its own expenses, costs, and attorneys' fees.

DATED this ___ day of _____, 2022

BY THE COURT:

_____
Chief United States Bankruptcy Judge

54611119.2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies the following parties received a true and correct copy of the foregoing document via a Notice of Electronic Filing transmitted by CM/ECF in accordance with Local Bankruptcy Rule 5005-4(a) on the 30th day of March, 2022:

*/s/ Joshua Kons*